## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **NORMAN L. PIERCE, JR.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) CIVIL ACTION NO. CV-12-203 |
| **THE BUREAUS, INC., and STONELEIGH RECOVERY ASSOCIATES, L.L.C.,** | ) |
| **Defendants.** | ) |

___

### NOTICE OF SETTLEMENT
___

COMES NOW the Plaintiff, NORMAN L. PIERCE, JR., by and through the undersigned counsel and hereby informs the Court that a settlement of this matter has been reached between all parties. The parties are in the process of completing the settlement terms. Plaintiff anticipates the settlement will be finalized within the next 45 days and a notice of dismissal will be filed.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on the calendar for this matter.

                                                                  s/ Harry V. Satterwhite
                                                 HARRY V. SATTERWHITE

OF COUNSEL:
SATTERWHITE, BUFFALOW,
COMPTON & TYLER, L.L.C.
1325 Dauphin Street
Mobile, Alabama 36604
(251) 432-8120
(251) 405-0147 facsimile